FILED
IN OPEN COURT
APR 25 2014
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:14-CR-126 |
| v. | ) | |
| | ) | Honorable T.S. Ellis, III |
| DIANA P. VASQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

# CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

From on or about September 16, 2011, to on or about September 22, 2012, in the Eastern District of Virginia and elsewhere, the defendant DIANA P. VASQUEZ did knowingly conspire with others, known and unknown, to possess and to pass counterfeited United States currency with intent to defraud.

(In violation of Title 18, United States Code, Sections 371 and 472)

DANA J. BOENTE
UNITED STATES ATTORNEY

Inayat Delawala
Stephen M. Campbell
Assistant United States Attorneys