# UNITED STATES DISTRICT COURT
# PLEA MINUTES

Date: 04/25/2014
Time: 12:38PM-01:19PM (00:41)

Case No.: 1:14-CR-00126-TSE-1
Interpreter: N/A
Language: N/A

---

HONORABLE **T.S. ELLIS, III**, United States District Judge, Presiding

Margaret Pham
Courtroom Deputy

Michael A. Rodriquez
Court Reporter

**UNITED STATES OF AMERICA**

v.

Deft. Appeared: ( X ) in person ( ) FTA
( X ) w/ Counsel ( ) w/o Counsel

**DIANA P. VASQUEZ**

JORGE E. ARTIEDA
Counsel for Defendant

STEPHEN M. CAMPBELL
Counsel for Government

**Matter called for**:
[ **X** ] Pre Indictment Plea [ ] Change of Plea [ ] Plea Agreement

**Filed in open court**:
[ **X** ] Information [ **X** ] Plea Agreement [ **X** ] Statement of Facts [ **X** ] Waiver of Indictment

**Plea Agreement**:
[ ] WFA [ X ] FA [ **X** ] PG [ ] PNG

[ **X** ] Deft entered Plea of Guilty as to Count 1 of the [ ] Indictment [ **X** ] Information

[ **X** ] Plea ACCEPTED

[ ] Order's entered in open court

[ **X** ] Deft. Directed to USPO for PSI [ **X** ] Yes [ ] No

[ **X** ] Case continued to **FRIDAY JULY 18, 2014 @ 9:00AM** for:

[ ] Jury Trial [ ] Bench Trial [ ] Pre-Guidelines Sentencing [**X**] Guidelines Sentencing

[ ] Release Order Entered [ X ] Deft Remanded [ ] Deft Released on Bond [ ] Deft Continued on bond