UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

United States of America,

v.

Diana P. Vasquez

*Defendant.*

No. 1:14-cr-00126

# SENTENCING MEMORANDUM ON BEHALF OF DEFENDANT

Jorge E. Artieda Law Office, P.C.
100 N. Washington Street, Suite # 222
Falls Church, VA 22046
Tel. (703) 388-6055
Fax. (703) 388-6055
Email: jorge@artiedalaw.com

Jorge E. Artieda
*Counsel for Defendant*

# LIST OF DOCUMENTS


A – Letter from Defendant's Mother, Luz Rodriguez…………………… 11

B – Letter from Luz' Psychotherapist ………………………………….... 17

C – Letter from Defendant's Son, Jeremiah Melendez…………………... 20

D – Letter from Jeremiah's Psychotherapist …………………………….. 23

E – Jeremiah's School Record …………………………………………….. 25

F – Jeremiah's Letter for Remedial Summer School …………………….. 28

G – Jeremiah's Birth Certificate ……………………………….……..…. 31

H – Letter from Defendant's Friend, Edward Diaz ……………….....……. 33

I – Letter from Defendant's Friend, Rossilia Mena……………………… 36

J – Letter from Defendant's Friend, Juan Aristides de la Cruz………….... 39

K – Letter from Defendant's Friend, Hilda Nunez………………………. 42

L – Letter from Defendant's Friend, Lani Pena………………………….... 44

M – Letter from Defendant's Friend, Jose M. Diaz-Rondon……………..... 46

What Diana remembers mostly from her childhood is her mother, Luz. She was always Diana's rock, there for her no matter what. Diana's adult life has been for the last few years her attempt to repay her mom for never failing her, a recognition that it was now Diana's turn to step up to the plate for both her mother and her son. It has not been easy. Diana became pregnant at 17 and didn't finish high school and was abused for years by her ex-partner (her son's father). When Diana decided to leave him, she moved back with the only family members she has: her mother, Luz—who is now disabled and diagnosed with depression, who speaks no English, and has no energy left to look after her grandson; and her son, Jeremiah—who is now a fatherless 12-year-old boy, a witness to her mom's beatings, one angry and acting up in school, and currently under psychotherapy. [1]

Diana's mother, Luz, arrived to the United States from Colombia in 1981, never married, never learned English, worked in factories, cleaned houses. Luz met Diana's dad in the neighborhood. He was taxicab driver in New York City, was married but did not have children of his own. Diana's parents never lived together. Luz was alright with that arrangement.

Diana remembers her mother as an almost divine and omnipresent influence in her life. Despite the manually intensive and harsh work that Luz performed every day, she always had time for Diana and made sure Diana's needs

1 *See* Exhibits A – D, Letters from Defendant's Mother and Son and from their Psychotherapists.

were met. There was always food on the table, and doctor's appointments were never missed. Luz paid for Diana to attend Catholic school, helped her with homework, and hired tutors when needed. They never missed Church on Sundays and they watched TV together. At night Luz would let Diana sleep in her bedroom. When as a child Diana cut her foot and had to get stitches, and her mother was by her side soothing her. And when Diana had chicken-pox and wanted to scratch her itching skin, her mom would gently hold her hand and remind her to be careful and would rub lotion on Diana's face so she would not get scars. Luz ironed Diana's Catholic school uniform every morning before sending her off to school. That was family life. Luz lived for Diana, and for Diana her mother was everything.

As Diana grew up, she recognized that she owed her wellbeing, her uneventful childhood and early teen years, her survival and stability, to her mother. Diana knew she had a father, he was nice man who would visit every week and give her nice gifts on holidays but did not live with them. This arrangement was at first hard for Diana to grasp before she became a single mother herself. When Diana was 10 years old, her father moved to the Dominican Republic, where he retired. It was just Diana and her mother.

In high school, Diana started dating Noel Melendez, a classmate. They were both 16. Diana was still in high school and found out she was pregnant. Diana and Noel moved in together, because it was the appropriate thing to do. They did not know each other well and were both very young. They shared a room for the next 5 years.

During her pregnancy, Noel and Diana would argue often. He was angry if she did not serve him dinner fast and first. He was angry if she refused to have sex. After each fight he would force her to sleep on the floor. It escalated. He slapped and punched her. He stabbed her in the thigh with a kitchen fork. But Diana never called the police because she thought that she might had done something to deserve all that. Diana was stressed and had high blood pressure—her pregnancy was a high risk and the doctor told her she could lose the baby.

Three months after Diana's son, Jeremiah, was born, her dad, who had been living in the Dominican Republic, passed away. Although her father moved away when she was 10, she thought of him as a good man. They were not very close, but his death hit her hard. Her family was small to begin with, so a big part of her was suddenly gone. It was a period in her life in which events came to her like a tsunami—the death of her dad; looking after her new born; having to live with an abusive partner; being depressed and anxious and without sleep and eating all the time and gaining too much weight. It was a lot. Noel, however, after learning of her dad's death was nice and patience with Diana for a couple of months. It didn't last. Even after Jeremiah was born, Diana and Noel would argue again. Noel would cut the cord to the phone and other appliances and tell Diana that they depended on him alone. Only Noel worked, and he would withdraw money and food and other necessities from Diana and Jeremiah. Noel would beat Diana up in front of their son. Noel would also show Diana who the boss was by taking Jeremiah without telling her and not coming back for hours, which panicked Diana. She

found out that Noel had been sleeping around when the doctor told her she had contracted a sexually transmitted disease. Diana felt guilty, ashamed and alone. Witnessing the violence affected Jeremiah's development—the doctor would tell Diana that Jeremiah could not relate with children his own age and needed therapy. Noel did little to help Jeremiah's; instead, his actions and decisions stunted the child's development even more.

Diana never told her mom because she did not want her to worry, and did not tell her friends because it was embarrassing. She went to her doctor but was too ashamed about her personal life and would tell him that she was stressed out because of the baby. She was depressed and anxious and could not sleep. But she always reminded herself that her mom and son needed her. The doctor prescribed her anxiety and sleeping pills and anti-depressants.

Diana decided that life with Noel was toxic and could have ugly and long lasting effects on Jeremiah. So when her son was roughly 5 years old, Diana moved back with her mother. It was hard decision because despite Noel's abuse, he brought the money. But it was best for her child.

Find a job was hard. Diana had no work experience, no degree, and was a mess emotionally. Looking for work and being rejected was awful. She started drinking every day. She reminded herself that it was now her turn to protect her mom and her child. She didn't want to be a burden to her mom, whose income was not enough for the three of them. She felt like a failure but, but her child and mom were counting on her.

In 2006 Diana finally found a free-lance job at *Lancôme*, working out of the Macy's store in Manhattan. The pay was not that bad, but it was only a few hours each week, whenever they needed her. She was thrifty—paid the bills, saved the rest. Getting her GED was on her sights, but it was hard to find classes because her employer would schedule her at different hours of the day and it was hard to predict. The money was not bad, but some weeks were very slow. Diana wanted stability to save for hard times and for Jeremiah's future.

Diana kept looking and in 2008 she found another job at a *Solstice*, a high-end sunglasses store. She went from making $21 dollars an hour to $11 dollars an hour. But the hours were fixed and it was full-time. Even though she kept eating a lot and found she had a thyroid problem, she felt different. She could help her mom, even take care of her if needed. She could buy stuff for her child. Diana could start planning—the future was looking brighter.

In late 2010, however, Diana's mother who had been cleaning houses full-time for years had to stop. Luz' body could no longer stand the rigors of physical labor—age caught up with her. Her body ached and her legs were in pain. It got so bad that Luz could only work twice a week, and that's because she had to force herself to get out of bed. Luz had fibromyalgia and advance rheumatoid arthritis and filed for disability in 2011 (approved two years later in 2013). Luz' income sank to $80 dollars a week.

The loss was a devastating hit to the family's stability. Diana did not make enough to pay the rent, the bills, utilities, Jeremiah's stuff, clothes, food. Diana

had been sending money every month to her grandmother (Luz' mom) who lives in Colombia. Now that she had no income, remittances were less frequent. They don't need much money in Colombia they would tell themselves.

Diana had been counting on her mom's income. Jeremiah's future depended on it. In a way, Diana did not think her mother would ever get weak or old or sick. Her mom had always been her rock. But now Luz' was falling apart.

Luz became depressed and started taking medication for depression and anxiety. Diana became more depressed and her own medication was no longer working. Her doctor had to hike the dosage. Bills piled up and many went unpaid. If they wanted heat and electricity, the landlord would have to wait. Diana's family faced eviction. Diana and Luz talked about what to do. Go somewhere else? But they always lived in that house; the Bronx was home. Finding a new place? Good luck. Diana had no credit history and her income was low, while Luz had no job and could not work. Luz told Diana that she wouldn't mind ending up in the streets, that she was an old lady anyway and had survived worse things. But Luz didn't want that for Jeremiah. Diana didn't want that for Jeremiah. The thought of having the child without protection or in a shelter was agonizing and horrified her.

In early 2011 Diana was convicted for taking money from her employer, *Solstice*. She was also convicted in 2012 for trying to take property from a Walmart. Diana had used that cash to pay for food and utilities and to send a little money to her grandmother in Colombia. She also paid back some of the arrears to her landlord.

Diana lost her job at *Solstice*, and she went out looking for work. But no one was hiring, and she now had a record. She had saved some money and used her tax return from last year to survive for some months. Her mother and Jeremiah were getting food stamps. Meanwhile, the eviction notices kept coming. The reason they did not end up in the streets was due to a NYC program called "One Shot," that helps folks in financial distress. The loan took months to be approved but they were able to pay 12 months of arrears that way, yet they still owed 2 months of rent. So the landlord still wanted them out of the house. No one in the household had a job. That's around the time when Diana became involved in the instant offense, in which a she was a co-conspirator, not the ring leader.

Ms. Vasquez is extremely remorseful. Having been away from her frail mother and vulnerable young son has helped her reflect about what she did and the hurt she's caused her loved ones. She realizes the situation she's put them in and that they don't deserve the pain and sacrifices they face in these moments that she is detained.

In the last few months since Diana's detention, Jeremiah is has become a different boy. At home Diana would help him with his homework. Now Jeremiah was told to attend summer school for children who are failing classes. Jeremiah has never been in summer class before. He's never failed classes before. On top of it no one can make him go to summer school. Luz doesn't have the energy anymore. So he stays home playing video games. Jeremiah doesn't eat much anymore and has

become very aggressive, constantly yelling at his grandmother and throwing things around. He threw the remote control at the TV and broke it. Fearing that her grandson's yelling and behavior could escalate into violence, Luz would usually leave the house and go for a short walk, hoping the child calms down. Diana asked him over the phone why was he acting that he and Jeremiah said, "I just want you to come back home."[2]

By sentencing Ms. Vasquez to time served and home detention, the Court would be delivering a reasonable punishment considering her circumstances. It would give Diana the chance to rehabilitate herself, to sign up for educational and training programs, to look for work. It would also give Diana the chance to care for her disable mother and her troubled son.

Diana has been working at the Laundry section of the Alexandria Detention Center. She is a model detainee who has an internal need to be productive. She volunteered because the alternative would be to watch TV all day long. Diana has shown that she has steered herself in the right direction. There is no reason to believe she will not try to find a job and work hard to keep supporting her son.

With years of home detention release, Ms. Vasquez would be on a short leash, under constant surveillance of the Probation Office, under rigid constraint, like a toddler crossing a busy street, which for Diana would in no uncertain terms represent a humiliating and humbling reminder of her misconduct, knowing that any further transgression could put her back in jail. Such sentence would fully

2 *See* Exhibits E and F, Jeremiah's School Record and Remedial Summer School Letter

serve its purpose and would help stop Diana's family deterioration. After all, who would benefit from her incarceration? She's not a danger to the community. On the other hand, by keeping Ms. Vasquez in jail two fragile lives would keep sinking into despair—her mother's, who speaks no English, is unsophisticated, is disabled, has no job and no longer the energy to keep looking after her grandson; and more important, Jeremiah, a child lacking any strong compass by his side,[3] under psychotherapy, and needs that stabilizing presence by his side that Diana meant to him, and who, like any other little man in the making finds himself in a key and irreversible period of his life, where his mother's absence could unnecessarily make matters worse and further stunt his development.

Respectfully submitted,

Diana P. Vasquez

/s/
By: Jorge E. Artieda
*Counsel for Defendant*

VA Bar # 82963
Jorge E. Artieda Law Office, P.C.
100 N. Washington Street
Suite # 222
Falls Church, VA 22046
Tel. (703) 388-6055
Fax. (703) 649-6491
E-Mail: jorge@artiedalaw.com

3 Jeremiah's father was deported from the United States and lives in the Dominican Republic.

# A

New York, 06/20/2014

Honorable Judge

My name is "Luz Rodriguez", I am Diana's mother.

Through this letter I wish to express what Diana means to me. My daughter is the most important person I have in my life. She and my grandson are my only family because the rest is in Colombia. Diana is everything to me.

She is my friend, my companion, because she has always been by my side in every moment of my life.

My daughter attended Catholic school. That's why I know that although Diana made a mistake, she's sorry for what she did. Every time we talk to each other she tell me how sorry she is and how much she misses Jeremiah and me.

I know Diana is a person that has good feelings because she has shown herself as such. At school, her teachers as well as her classmates loved her. Same in our building, neighbors always ask me for her because she is sweet and generous. Despite her age, I know Diana doesn't have any bad feelings or malice in her heart.

I have always thought that everything around her was good. That's when she met my grandson's father. He was her first boyfriend. But the only thing she got from him was emotional and physical mistreatment.

Diana has always been father and mother for Jeremiah. Since he was very young she had to work and fight for him and for me. That's why we miss her very much. Diana and Jeremias were always together; they shared many things.

My daughter used to go to his school to pick him up. They used to go to the movies, to eat out, to the beach, to the pool. They watched TV together, and shared with friends at home.

I know he misses my daughter very much because he doesn't want to eat and doesn't want to talk much. For all these reasons, I know he misses his mother very much. Even though I'm with him, I know that for him it's not the same even though I give him love and affection.

Besides, I am tired and exhausted due to my health problems. For all these reasons, we miss Diana so much. My life without Diana and Jeremias has no meaning, because they are all I have in this life.

Honorable Judge:

All of what I say about my daughter doesn't mean that I am justifying what she did, but I think that sometimes circumstances in life make us to commit errors as a way to teach us lessons to improve ourselves.

I really appreciate from the bottom of my heart for your understanding of all what I said about my daughter, and hope you can offer her a second opportunity.

Very truly yours
Luz Rodriguez
Thanks

---

**CERTIFICATION OF TRANSLATION**

I certify that I am fluent in both the English and Spanish languages. I certify that I have trustfully and accurately translated the attached reference letter from the Spanish language into the English language to the best of my abilities.

Claudia C. Marin
917-572-6573

New York, 06-20-2014

Señor Júez.

Mi nombre es "Luz Rodriguez"
Soy la Mamá de "Liana"
En está carta quiero expresarle lo que - significa "Liana" para mí.
Mi hija es lo más importante que tengo en mi vida.
Ella y mi nieto son mi única familia porque toda mi familia está en "Colombia"
Liana para mí es todo. .
Mi amiga mi compañera porque siempre ha estado a mi lado - en todos los momentos de mi vida.
Mi hija fué a Escuela catolica
por eso yo sé que aunque "Liana" haya cometido un error sé que ella esta arrepentida siempre que hablo con ella me dice lo arrepentida que esta, y la falta que le hacemos "Jeremías y yo.
Sé que Liana es una persona de buenos sentimientos, porque siempre me lo ha demostrado.
porque cuando iba a su escuela los Maestros y compañeros veia como la querian también aqui en el Edificio siempre me preguntan por ella, porque es dulce y generosa.
porque a pesar de su edad yo se que Liana no tiene Maldad ni Malicia en su →

Corazón.
siempre ha pensado que todo lo que la rodea es bueno.
así fué cuando conosió al papá de mi nieto, fue el su primer novio.
y lo único que recibio de él fué maltrato tanto emocionalmente como fisicamente.
"Liana" siempre ha sido para "Terencias" como padre y madre.
Desde que él estaba pequeño le toco trabajar y luchar por él.
y por mi.
por estas Razones se la falta que le hace a mi nieto su mamá.
porque "Liana" y él siempre estaban juntos, comportian muchas cosas.
mi hija iba a la Escuela a buscarlo lo llevaba, iban al cine, a comer a la playa a la piscina, veian televisión juntos, ella compartia con sus amigos cuando iban a la casa.
Sé que él extraña mucho a mi hija porque, no tiene apetito, no quiere hablar mucho.
por todos estos motivos se la falta que le hace su mamá.
aque yo este a su lado yo sé que para él no es lo mismo, auque yo le dé mucho cariño y atenciones.

porque yo me siento cansada y agotada
por mis problemas de salud.
por todas estas razones es que "diana"
nos hace tanta falta.
mi vida sin "diana" y Jeremias"
no tiene sentido porque ellos son
lo único que tengo en la vida.

Señor Júez:

todas estas cosas que digo de mi hija no es que la esté justificando porlo que hizo
pero a veces pienzo que las circustancias de la vida hacen que cometamos errores.
y así podremos aprender de los errores cometidos.

yo le agradesco de todo corazón tenga en cuenta todo lo expreso de mi hija y le de una segunda oportunidad.

atentamente
Luz Rodríguez.
Gracias.

# B

RMHA
Est. 1959

*Healing Individuals, Strengthening Communities*

www.rmha.org

Robert M. Brewster, LCSW
*Executive Director*

Donna Demetri Friedman, Ph.D.
*Deputy Executive Director*

Alan Felix, M.D.
*Medical Director*

BOARD OF DIRECTORS
Matthew I. Spetter, Ph.D
*President Emeritus*

Clotilde E. Rodriguez*
*President*

Ann Ackerley
Richard Altman
Robert Barron
Linda Basch
Ralph S. Blumenstock*
Susan Sarnoff Bram
Alan Broderson
Maria Capotorto*
Richard Conley
Brendan J. Contant*
Martin S. Cooper, Esq.
Ricardo R. Fernandez, Ph.D.
Lee Furman*
Marie-Jeanne Gwertzman
Lorance Hockert, Esq.*
Lara Holtz*
Pamela Hort, LCSW
Mallory Huberman
Sandra E. Lerner
Andrew A. Meyers*
Fritz Michel
Deborah Pines, LCSW
Carol Schneebaum, M.D.
William Weinbaum*

EX-OFFICIO
Hon. Rubin Diaz, Jr.
Hon. Jeffrey Dinowitz
Hon. Eliot L. Engel
Hon. Jeffrey Klein
Hon. G. Oliver Koppell

*Executive Committee

NYC, 6/17/14

To Whom It May Concern

Re: Luz Rodriguez (DOB: [redacted]

This letter is to certify Ms. Luz Rodriguez comes for psychiatric treatment at this facility. She is taking Celexa 60 mg, Ambien 10mg and Ability 2mg to treat current diagnosis of Major Depressive Disorder MDD (296.33). Her condition is chronic and moderate. Ms. Rodriguez reports chronic symptoms of depression and anxiety and her main concern at this time is her only daughter's legal status and condition. Ms. Rodriguez has been forced to care for her grandson (12) and she also deals with daily symptoms.

Please, contact this writer for any question.

Sincerely,

Carlos Bravo-Gogny LCSW
Riverdale Mental Health Association
Bilingual psychotherapist
718-796-5300, ext 120
cbravo-gogny@rmha.org

# Montefiore

**Marble Hill Family Practice**
5525 Broadway
Bronx, NY 10463
Tel: (718) 884-0279

Fax: (718) 548-3867


**Name:**Luz RODRIGUEZ
**Birthdate:** [redacted]
**Address:** [redacted]

Medications:
AMBIEN 10 MG TABS (ZOLPIDEM TARTRATE) 1 tab hs
FLUOXETINE HCL 20 MG CAPS (FLUOXETINE HCL) 1 cap daily
LYRICA 225 MG CAPS (PREGABALIN) 1 cap bid; changed from 150mg tid
OMEPRAZOLE 20 MG CPDR (OMEPRAZOLE) 1 cap daily for stomach
CALCARB 600/D 600-400 MG-UNIT TABS (CALCIUM CARBONATE-VITAMIN D) 1 po bid
ASTROGLIDE GEL (LUBRICANTS) apply liberally prior to intercourse
ALENDRONATE SODIUM 35 MG TABS (ALENDRONATE SODIUM) 1 tab qwk
SYNTHROID 50 MCG TABS (LEVOTHYROXINE SODIUM) 1 tab daily for thyroid
NAPROXEN 375 MG TABS (NAPROXEN) 1 tab bidwc as needed for pain
SYNTHROID 75 MCG TABS (LEVOTHYROXINE SODIUM) 1 tab daily

Diagnosis/Problems:
OSTEOPENIA (ICD-733.90)
VARICOSE VEINS, LOWER EXTREMITIES (ICD-454.9)
PLANTAR FASCIITIS (ICD-728.71)
HIP PAIN, BILATERAL (ICD-719.45)
MENOPAUSE-RELATED VASOMOTOR SYMPTOMS, HOT FLASHES (ICD-627.2)
ALLERGIC RHINITIS WITH CONJUNCTIVITIS (ICD-477.9)
CARPAL TUNNEL SYNDROME (ICD-354.0)
FIBROMYALGIA (ICD-729.1)
KNEE PAIN, RIGHT, CHRONIC (ICD-719.46)
INCONTINENCE, URGE (ICD-788.31)
BACK PAIN (ICD-724.5)
HYPOTHYROIDISM (ICD-244.9)
DEPRESSION (ICD-311)
INSOMNIA, UNSPEC (ICD-780.52)

RICHARD HOLMES, MD
LICENSE# 226885

Physicians/Providers Signature
DATE: 06/18/2014

# C

My name is [redacted]. I am Diana Vasquez son. I am 12 years old. I attend M.s. 244 I play basketball during the school year. I am now enrolled in a football program for the summer. I miss my Mother because not having her in my life is difficult for me ~~and~~ and my grandmother I miss all the things we use to do. we use to go to the movies and go out to eat on the ~~weekends~~ weeknds I miss doing my homework with my mom. She would helpe me specially with my class My mom always took care of me she always made my favorite things to eat ~~pank~~ pancakes bacon chicken tenders and salmon. For ~~first~~ the first time I am going to summer school because I did not do very good in Math class this year. I miss her helping me with my home work. We are not a family without her me and my grandmother need her so we can live happily. This is are to deal with

i am seeing a therapist to helpme under stand my Mather sitauation.

Sincerely

[redacted]

# D

RMHA
Est. 1959

Healing Individuals,
Strengthening Communities

www.rmha.org

Robert M. Brewster, LCSW
*Executive Director*

Donna Demetri Friedman, Ph.D.
*Deputy Executive Director*

Alan Felix, M.D.
*Medical Director*

BOARD OF DIRECTORS

Matthew I. Spetter, Ph.D.
*President Emeritus*

Clotilde E. Rodriguez*
*President*

Ann Ackerley
Richard Altman
Robert Barron
Linda Basch
Ralph S. Blumenstock*
Susan Sarnoff Bram
Alan Broderson
Maria Capotorto*
Richard Conley
Brendan J. Contant*
Martin S. Cooper, Esq.
Ricardo R. Fernandez, Ph.D.
Lee Furman*
Marie-Jeanne Gwertzman
Lorance Hockert, Esq.*
Lara Holtz*
Pamela Hort, LCSW
Mallory Huberman
Sandra E. Lerner
Andrew A. Meyers*
Fritz Michel
Deborah Pines, LCSW
Carol Schneebaum, M.D.
William Weinbaum*

EX-OFFICIO
Hon. Rubin Diaz, Jr.
Hon. Jeffrey Dinowitz
Hon. Eliot L. Engel
Hon. Jeffrey Klein
Hon. G. Oliver Koppell

*Executive Committee

June 17, 2014

To Whom It May Concern:

This letter is to certify that J[redacted] M[redacted] (D.O.B. - [redacted]) has been attending our mental health clinic for individual therapy for the past three months. Client reports missing his mother constantly and can't wait to be reunited with her. He further states this situation is affecting his school performance as well as his behavior. He has a difficult time concentrating in school and gets easily angry and frustrated at times due to mother's current situation.

If you need further assistance, please feel free to contact me at 718-796-5300 ext. 155.

Sincerely,

Thomas E. Gonzalez, LCSW-R

Psychotherapist

5676 Riverdale Avenue, Bronx, NY 10471
Tel: 718.796.5300 Fax: 718.548.1161

# E

NYC Department of Education
*Dennis M. Walcott, Chancellor*

# THE NEW SCHOOL FOR LEADERSHIP AND THE ARTS

## MIDDLE SCHOOL 244

120 W. 231st Street ~ Bronx, New York 10463 ~ Tele: (718) 601-2869 ~ Fax: (718) 601-2867

# 2013 – 2014

## Report Card ~ FINAL

### N.S.L.A.'S MISSION STATEMENT

The mission of The New School for Leadership and the Arts is to promote the principles of knowledge, leadership and service. The New School for Leadership and the Arts is committed to creating critical readers and writers, skilled in oral and written communication. We feel an obligation to address the academic, social and physical needs of our adolescent students, and to provide a variety of experiences in which students can achieve success. Through intensive arts and science programs, students will be provided with a global and technological driven experience. Our students will develop leadership skills through academic achievement, pro-active citizenship and community service, and they will understand how these skills can transform the individual, a community, and a society.

Page 1 of 1

NYC Department of Education
Carmen Fariña, Chancellor

# NYC Department Of Education
## Student Report Card

NYC Department of Education
Carmen Fariña, Chancellor

6/05/2014
9:12:00 AM

### THE NEW SCHOOL FOR LEADERSHIP AND JOURNALISM

Dbn/Yr/Term: 10X244 / 2013 / 1
Official Class: 708
Grade Level: 07
Current Status: A
ID: [redacted]
Name: M[redacted], [redacted]

| Daily Attendance | MP1 | MP2 | MP3 | Total |
|---|---|---|---|---|
| Absent | 8 | 16 | 6 | 30 |
| Late | 5 | 9 | 10 | 24 |

MP Requested / # of MP: 4/4
Mid / Final MP: _ /4
Counselor: HENDRICKSON DAVID
New OFCL/School: /

| Course Code | SectionId | Title | Teacher | MP1 | MP2 | MP3 | | | | Final Grade | Exam Grade | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Grade/Absence Performance/Conduct | | | | | | | | |
| EENM7 | 8 | ELA Seventh Grade | CMARTINEZ | 70 / - | 60 / - - / E | 80 / - | | | | 70 | | |
| HSNM7 | 8 | Social Studies Seven | LAWSON | 65 / - - / U | 65 / - - / U | 70 / - | | | | 68 | | |
| MMNM7 | 8 | Math Seventh Grade | SOLIS | 80 / - - / N | 65 / - | 70 / - | | | | 75 | | |
| PHNM7 | 8 | Health Seventh Grade | WOJO | P* / - | P* / - | P* / - | | | | P* | | |
| PPNM7 | 8 | Physical Education S | WOJO | P* / - | P* / - | P* / - | | | | P* | | |
| SSNM7 | 8 | Science Seventh Grad | BLAYLOCK | 75 / - - / N | 70 / - - / N | 70 / - | | | | 72 | | |
| | | | Weighted Average: | 72.50% | 65.00% | 72.50% | | | | 71.25% | | |

| Exams Taken | |
|---|---|
| Exam | Score |

**Message Area**

**Report Card translations, contact parent coordinator**

للحصول على نسخة مترجمة باللغة العربية لهذه الوثيقة، نرجو منكم الاتصال بمنسق شؤون الأباء التابع لكم.
বাংলায় এই নির্দেশিকার কপি পেতে অনুগ্রহ করে আপনার প্যারেন্ট কোঅর্ডিনেটরের সাথে যোগাযোগ করুন।
要獲得本文件的中文譯本，請與孩子學校的家長協調員聯絡。
Pou w jwenn dokiman sa a tradwi an kreyòl ayisyen, kontakte Koòdonatè paran ki nan lekòl pitit ou a.
한국어로 번역된 자료를 원하시면 자녀가 재학 중인 학교의 학부모 코디네이터에게 연락해 주십시오.
Для получения русской версии данного документа свяжитесь с координатором по работе с родителями.
Para obtener una versión en español de este documento por favor comuníquese con su coordinador de padres.
اس دستاویز کی اردو میں ترجمہ شدہ اشاعت کیلئے براہ کرم اپنے والدین ربط دہندہ سے رجوع کریں۔

**Explanation of Grades**

Schools may choose to use one or more grading models based on their grading policies. The table below outlines all available grade scales and their associated pass/fail equivalents. Contact your school parent coordinator for more information.

| Grading Scale | Passing Grades | Failing Grades |
|---|---|---|
| Alpha | A-D | F |
| Proficiency/Performance | 2-4 | 1 |
| Mastery-based | ME,MA,MT,MP | MB |

Other Grades
NL:Newlyrecent admit NS: Insufficient attendance in course
NU:No credit/Audit P: Pass

Sort By: Student Name

# F

NYC Department of Education

THE NEW SCHOOL FOR LEADERSHIP AND THE ARTS
MIDDLE SCHOOL 244
120 W. 231st Street ~ Bronx, New York 10463 ~ Tele: (718) 601-2869 ~ Fax: (718) 601-2867

Dolores Peterson, Principal
Eduardo Mora, A.P., The Arts Academy
Austin Stout, A.P., Academy of The Sciences
Sayi Neufeld, A.P., Bilingual & SP. ED. Depts.

# SUMMER SCHOOL INFORMATION

Dear Parent/Guardian:

Your child has been mandated to attend summer school during the 2014 summer.

Please see details below:

| | |
|---|---|
| First Day of Summer School: | Tuesday, July 1, 2014 |
| Days of Summer of School: | Monday through Thursday |
| Time: | 8:30 a.m. - 12:30 p.m. |
| Summer School Location: | MS/HS 368<br>2975 Tibbett Ave.<br>Bronx, New York 10463<br>Tele: 718-432-4300 |
| Last Day of Summer School: | July 31, 2014 |
| Site Administrator: | Mr. Mora, Assistant Principal |

"Academic Excellence With Respect Dignity, and Pride"

NYC
Department of Education
Carmen Fariña, Chancellor

ENGLISH
JUNE 17, 2014

**June Decision Letter**
Grades 3-7: Standard Promotion Criteria (STD)
THE NEW SCHOOL FOR LEADERSHIP AND JOURNALISM (10X244)

DIANA RODRIGUEZ
Parent/Guardian of J[redacted] M[redacted]
[redacted]3

Student NYC ID:[redacted]
Grade/Class: 07/708

Dear Parent or Guardian of JEREMIAH MELENDEZ

**After careful review of your child's academic progress, it has been determined that your child has not yet met promotion standard(s) in the following academic areas required for his/her promotion to the next grade:**

☐ **Performance in English Language Arts**
Your child has not made sufficient progress toward attaining Common Core Learning Standards in English language arts based on the assessments and/or work in his or her promotion portfolio.

☒ **Performance in Mathematics**
Your child has not made sufficient progress toward attaining Common Core Learning Standards in math based on the assessments and/or work in his or her promotion portfolio.

**Please note: According to NYC Department of Education policy, middle school students who do not meet promotion requirements in June may not participate in their school's graduation or stepping-up ceremony. Elementary school students who do not meet promotion requirements in June may participate with written consent from their parent or guardian.**

Your child will have another opportunity to meet promotion standards by attending summer school. At the end of summer school, the promotion portfolio prepared in June by your child's teacher will be reviewed alongside your child's summer school work to determine whether he or she demonstrates readiness for the next grade level. You will receive a letter about your child's final promotion decision by the week of **August 18**.

**APPEALS PROCESS**

If you are not satisfied with the final decision in August, you may submit a written appeal to the school, in person or by mail, during the week of **August 25**. Your child's academic performance will be reviewed and evaluated based on his or her promotion criteria. In addition, the appeal will be reviewed by the community superintendent, who will make the final decision.

Together, we can help your child meet the standards that will make him/her successful in the years to come. For more information on the promotion policy, visit http://schools.nyc.gov/ParentsFamilies.

Sincerely,

DOLORES PETERSON
Principal

Letter B

# G

07/10/2014 11:31 17188842291 DTH PAGE 02/06

# THE CITY OF NEW YORK

VITAL RECORDS CERTIFICATE

## CERTIFICATION OF BIRTH

This is a certification of name and birth facts on file in the Office of Vital Records, Department of Health and Mental Hygiene, City of New York.

DATE OF BIRTH: [redacted] CERTIFICATE No.: [redacted]-01-104261

BOROUGH: BRONX DATE FILED: [redacted] DATE ISSUED: [redacted]

NAME: J[redacted] NOEL M[redacted]

SEX: MALE

MOTHER'S MAIDEN NAME: DIANA PATRICIA VASQUEZ

FATHER'S NAME: NOEL ALBERTO MELENDEZ

Steven P. Schwartz, Ph.D.
City Registrar

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.19(b) of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law.

F062877

M 0 0 3 8 7 6 8 9 5

# H

June 24, 2014

To whom it may concern:

I Edward Diaz, of legal age, residing at Bldg. 691, of 188 St. Bronx, NY 10458, certify that I know Mrs. Diana P. Vasquez for over 5 years, and I can say that she is a quiet person, dedicated mother, hardworking, good mannered individual and sincere friend.

She has never had any problems at work, or with her friends, nor with anybody that know her, because she is such a sweet person who cares about the rest. She is supportive and is always present when somebody needs her. I remember once that I needed her because I didn't have where to live and she sheltered me. That's something priceless, and I will always be grateful to her.

This letter isn't enough to explain how good and generous Mrs. Diana is. I know her a person who fights on behalf of her son and her mother since they live together. I think that Mrs. Diana deserves an opportunity, because we are human beings prone to make mistakes. Her son and her mother need her since she is a single mother who supports them. I ask you to consider that her son has only her for his support.

If you need additional information regarding Mrs. Diana, please feel free to contact me at (718) 733-0552.

Very truly yours,

(illegible signature)
Edward Diaz

(Illegible signature)

(Notary stamp)

---

**CERTIFICATION OF TRANSLATION**

I hereby certify that I am fluent in both the English and Spanish languages. I certify that I have trustfully and accurately translated the attached reference letter from the Spanish language into the English language to the best of my abilities.

Claudia C. Marin
917-572-6573

Junio 24, 2014

A quien pueda interesar:

Yo Edward Diaz mayor de edad residente del edificio 691 de la 188 calle del condado del Bronx, NY 10458. Escribo la siguiente carta para certificar que conozco a la señora Diana P Vázquez por más de 5 años y puedo decir que ella es una persona quieta dedicada como buena madre, trabajadora y de buenas actitudes , amiga sincera que posee buenos amigos.

Ella nunca ha tenido problemas en su trabajo, con sus amigos ni con nadie que la conozca porque ella es una persona muy dulce y que se preocupa por los demás. Es solidaria y Si alguien la necesita ella esta presente. Recuerdo que una vez necesite de ella porque que yo no tenía donde vivir y ella me brindo su hogar. Eso no tiene precio y siempre se lo voy ah agradecer.

Bueno con esta carta no son suficiente para explicar lo buena y generosa que es la señora Diana quien es una persona que conozco bien es una muchacha luchadora por su hijo y su madre, ya que solo son ellos tres. Yo creo que a la señora Diana se le debe dar una oportunidad porque somos humanos y cometemos errores. Su hijo y su madre la necesitan porque es madre soltera que provee el sustento de la casa porque su hijo solo la tiene a ella. Le pido que sean justos y piensen que su hijo solo la tiene a ella.

Si necesitan más información concerniente a la señora Diana por favor siéntanse en plena libertad de contactarme al tel.(718-733-0552

Atentamente

Edward Diaz

PRISKA AUSTIN
Notary Public, State of New York
No. 01AU6293912
Qualified in Bronx County
Commission Expires Dec. 16, 20 17

[redacted]

Honorable Judge:

My name is Rossilia Mena. I am 25 years old and work for SHE'SCOOL for three years in different departments of this retail business.

I know Diana Vasquez for 14 years. Our relationship is family related. She is my sister in law and is the mother of my nephew Jeremias Melendez. She is a very important person to me because she has always been there when I needed her. She is a great human being.

She is loyal and fair, supportive, optimistic, fighter, hardworking, good mother and has so many other qualities that there is not enough space nor time in this letter to mention. During so many years of friendship, I never had a discrepancy of any type with her. She is one the most remarkable persons I know, full of kindness; capable of self-sacrifice for those she loves.

I just feel admiration for her, for having a great heart and infinite integrity. We all make mistakes, because we are not perfect, but that doesn't mean that you are good or bad.
My family, I, and all the "Bolola's" friends – as we nicknamed her – feel very fortunate to have a nice person like her in our lives. Specially myself, who considers her as a sister. I have shared so much with her that I can't imagine not to have her in my life. I miss her too much. She is too special for me since she is my personal advisor.

I do not recall anybody who doesn't love Diana. She is unique in her own way. She is one of the nicest persons I ever known. I just have good things to talk about her and I hope she knows – in case I never told her – that I love her very much and that she is very important for me, and that I hope to hug and kiss her very soon; that I am here for her and that she can always count on me, and that she should forgive me for not writing this letter on time to tell her how important she is for me and for not being expressive enough. Thanks for never turning your back on me; for your company, for your jokes, for so many beautiful moments that don't return but that I always carry in my heart and memory. Thanks.

ATT: Rossilia Mena

---

**CERTIFICATION OF TRANSLATION**

I hereby certify that I am fluent in both the English and Spanish languages. I certify that I have trustfully and accurately translated the attached reference letter from the Spanish language into the English language to the best of my abilities.

Claudia C. Marin
917-572-6573

Estimado Juez:

Mi nombre es Rossilia Mena tengo 25 años de edad,trabajo en la compañía SHES'COOL por tres años me desempeño en distintos departamentos la compañía se trata de Retail.

Conosco a Diana Vasquez por 14 años y mi relacion con ella es familiar ,es mi cuñada madre de mi sobrino Jeremias Melendez y una persona muy importante para mi porque siempre a estado hay para mi cuando la e necesitado,es un gran serumano.

Es leal,justa,cariñosa,solidaria,optimista,luchadora ,trabajadora Buena madre y tantas otras cualidades que no me alcanzaría el tiempo ni esta carta para mencionarlas.En tantos años de Amistad con ella nunca e tenido un enfrentamiento de ningún tipo es una de las personas mas bellas que conozco llena de una bondad infinita capas de sacrificarse por las personas que ama .

Solo siento admiración por ella por tener un Corazon tan grande y una nobleza infinita,todo cometemos errores porque no somos perfectos pero eso no quita de que seas bueno o malo yo y mi familia y las amistades en común de mi Bolola,como le digo yo cariñosamente nos sentimos muy afortunados de tener una persona tan bella en nuestras vida y yo mas porque la veo como una hermana,e compartido tanto con ella y tantas cosas vividas que no me imagino no tener la en mi vida la extraño mucho ella es muy especial para mi le contaba todo lo mio es mi consejera .

No recuerdo a nadie que no ame a Diana ella es única en su forma,es una de las personas mas Buena que conosco solo tengo cosas buenas que decir sobre ella y espero que sepa si alguna vez no le dije lo mucho que la amo y la quiero que es muy importante para mi y que espero poder abrazarla y besarla muy pronto,que estoy a qui para ella y que siempre podra contar con migo y que me perdone por esperar escribir esta carta para que supiera lo importante que es para mi y por no ser expresiva gracias por nunca darme la espalda por tu compañía,por tus chistes por tantos momentos bellos que no vuelven pero que llevo en el corazón y en la memoria gracias.

ATT: Rossilia Mena

# J

Bani, Dominican Republic

June 24, 2014

To whom it may concern:

My name is Juan Aristides de la Cruz Arrendell. I work as an air tickets sales representative for the Peravia Agency. I know Diana for over a year. I met her through my fiancée Lani Pena; they both are very good friends. Our relationship is that of a close friendship since she has helped my fiancée when she needed the most. I feel very comfortable being with Diana. She is a very good person, with good feelings.

Diana adores her son Jeremiah. She is a sincere and honest person, capable of managing her home. I have had the pleasure to talk to her and to find that she is a good hearted individual. Nevertheless, we all are aware that Diana made a mistake, which she is willing to remediate because she is a person of noble feelings. She is a hardworking person and best of all, she is willing to fix her errors on behalf of her son and her mother whom she loves.

Thanks to Diana, my fiancée has food and shelter. Due to their friendship, Diana hosted my fiancée at her home and helped her without hesitation, just due to their friendship.

I know she has made a mistake, for which I am sure she is regretful. Nevertheless, I beg you to give her a second opportunity. She is a human being and as such, she is prone to make mistakes, and has the right to a second chance. Humans make mistakes and learn from them.

Very truly yours,

Juan Aristides de la Cruz Arrendll

---

**CERTIFICATE OF TRANSLATION**

I hereby certify that I am fluent in both the English and Spanish languages. I certify that I have trustfully and accurately translated the attached reference letter from the Spanish language into the English language to the best of my abilities.

Claudia C. Marin
917-572-6573

Bani, República Dominicana

24 de junio de 2014

A quien pueda interesarle:

Mi nombre es Juan Arístides de la Cruz Arrendell. Soy representante de ventas de pasajes aéreos en la Agencia Peravia. Tengo conociendo a Diana hace exactamente más de 1 año. Conocí a Diana gracias a mi prometida Lani Pena; que son muy amigas. Nuestra relación es de una estrecha amistad ya que ella a ayudado a mi prometida cuando más la necesitaba. Me siento muy bien con Diana. Es una persona muy buena y de buenos sentimientos ya que somos humanos y cometemos errores los cuales a veces tienen malas consecuencias.

Diana es una persona de muy buenos sentimientos ama y adora a su hijo Jeremiah. Es una persona sincera y honesta; capaz de llevar las riendas de su casa. Yo he tenido la dicha de hablar con ella y es una persona de buenos sentimientos. Vuelvo y repito, todos estamos conciente que Diana cometió un error y sé que ella está dispuesta a remendarlo porque es una persona de sentimientos nobles. Es una persona muy trabajadora y lo mejor de todo tiene ganas de enmendar sus errores y seguir adelante por su hijo y su madre la cual también ama y adora.

Gracias a Diana mi prometida tiene techo y comida ya que gracias a ella y a su valor de gran persona y a la amistad que ambas tienen Diana la acogió en su casa y la ayudo sin problema alguno solamente por el valor de la amistad.

Se que ella a cometido un delito por lo cual se y estoy seguro ella esta arrepentida de tal cual cuestión ella allá hecho en su pasado no obstante ella al cumplir con las reglas establecidas de su país les ruego y le suplico que le den una segunda oportunidad ya que tal cual ser humano tiene derecho a recibirla porque en esta vida solamente las maquinas no cometen errores y por esos somos seres humanos porque cometemos y aprendemos de ellos.

Quien aprende de su error sabio es….

Atentamente:

Juan Arístides de la Cruz Arrendell

# K

Hilda Nunez
7 Cottage Place Gardens Apt.2D
Yonkers, NY. 10701
347-518-0195

Dear Judge,

I have had the pleasure of knowing Diana Vasquez for well over fourteen years. Diana and I met through our children's fathers, for they are cousins. Immediately, Diana and I formed a friendship and we have become so close that I consider her a sister. I have trusted Diana with the care of my only daughter and she has provided moral, spiritual and even economic support in times of need. In the years of our acquaintance, I have known Diana in many capacities as an excellent mother, daughter, friend and sister.

During this time, I have found Diana to be a kind, hard-working and trustworthy person. I have personally given her letters of recommendation for work and have always spoken well about her character. Diana has always been a dedicated and loyal employee in her former jobs. Diana is the type of person that will motivate you and pick you up when you're down. I have trusted her with my most intimate information and shared a great deal of my life with her. I can confirm that she is a woman of great integrity and is extremely dedicated to her family and work. Diana is down to earth and entirely peace-loving.

I lived through a great tragedy in my family in which my daughter's father almost lost his life. Diana was one of the few friends that was there for us. Diana stood by us providing us with the moral support and assisting with the care of my daughter's father, whom had a traumatic brain injury.

I am well aware that Diana has committed a crime and possibly the greatest mistake in her life. I recognize that Diana broke the law, and I do not believe that he should get off without punishment. Diana is incredibly remorseful, and is willing to do whatever it takes to make reparations, financially and emotionally, if possible. But to do that, she needs to be given an opportunity to get a second chance. I just hope you will recognize the power you wield with regard to the future of this woman, mother, friend and sister. I hope, pray and ask that you make a fair decision.

Thank you,

Hilda Nunez

# L

To Whom It May Concern:

My name is Lani Pena and I am 29 years old. I'm a Service Coordinator at Toyota and Scion of Manhattan in New York City. I've known Diana Vasquez for 6 years now. We met through family ties. My childhood friend is Diana's sister-in-law. Diana and I treat each other like sisters; we've become very close and grew a bond throughout the years of our friendship. She opened her doors to me when I came to New York from Massachusetts after a difficult divorce. I'm still currently living with her mother and son in her home.

Diana has always been a loyal, aspiring, determined, responsible and the most absolute sincere woman anyone will meet. She is a loving and doting mother and excellent daughter. Diana is also a very caring and considerate individual. She is always willing to help others to the best of her abilities. I will never forget when I first moved to New York City. As I mentioned before, I was going through a very difficult divorce. As I was looking for work and place; Diana opened the doors to her home for me to have a place to stay. Throughout the process of my divorce I was very depressed, overwhelmed and in debt. Diana helped me overcome these emotions, keeping me optimistic, making sure that even though I felt like my world was crumbling, she was right there to hold the pieces. She gave me confidence and the self esteem to realize that there would be life after a divorce and I will forever be thankful to her for all the gratitude and devotion she instilled in me.

Diana aspires to be an entrepreneur; owning her fashion boutique. Though having a son and being a single mother, she has never given up on her dreams and also inspires her only son to also pursue any dreams he has no matter what.

As one of Diana's close friends, I acknowledge and understand the intensity of the crime that Diana has committed. I understand that she must take full responsibility for what she has done and learn from it, but all I ask is that you have some leniency on her sentencing. I can guarantee you Diana is very remorseful on what she's done, and during her time where she's in, I am almost certain she has reflected and realized the consequences of her actions. I hope you understand Diana needs to be home with her son and mother, who have been very depressed and lost without her. They miss her very much and pray she will come home soon. Being a single mother, Diana has this unbreakable loving bond with her son and since she's been gone, he has been the saddest I've seen. Her son needs his mother's guidance and cannot receive it with her away. Please find it in your heart to have leniency and sympathy for her situation; I know her son, her mother, and I will find content in knowing maybe she could be home sooner than expected. Thank you for taking the time out to read my letter and I hope you will understand and give her another chance.

Sincerely,

Lani L. Pena

June 24, 2014

# M

June 23, 2014

To Whom It May Concern;

My name is Jose M. Diaz-Rondon, I am currently in the employ of MPG Parking. I am writing you in the concern of Diana. P. Vasquez. I have known Diana for more than 2 years. I find her to be warm, friendly, kind and generous. Her character is what I hope my own daughter would grow up to have, a truly, sincere, kind hearted person. It is impossible to know somebody, accurately, through a letter and of course in these special circumstances, but I hope and desire that my words would convey Diana's attributes and qualities.

My first experience upon meeting Diana, was when I first came to this country. I didn't know anybody, I didn't speak the language and was a fish out of water. Diana, (who is my brother's girlfriend) took me into her home, made dinner for me, talked to me and truly treated me like I was her long lost brother. This one little act of kindness showed me the kind of person she is. Her generosity even, extended to my wife in her time of need, during her pregnancy.

Again, despite the circumstances that Diana, finds herself in, my view of her has not changed. She is a remarkable woman and she regrets the things that she did to land her in the predicament she's in. In one's life, mistakes are made, Diana, made a mistake, but this should not diminish her as a person. I humbly beg for leniency on her behalf.

Sincerely,

Jose M. Diaz-Rondon

Jose Miguel Diaz R

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Steve Campbell, Assistant U.S. Attorney
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
703-299-3700

Pursuant to the Electronic Case Filing Policies and Procedures, a courtesy copy of the foregoing pleading will be delivered to Chambers within one business day of the electronic filing.

_____________________*/s/*_____________

Jorge E. Artieda
VA Bar # 82963
*Counsel for Defendant*
Jorge E. Artieda Law Office, P.C.
100 N. Washington Street,
Suite # 222
Virginia 22046
Tel. (703) 388-6055
Fax. (703) 649-6491
E-Mail: jorge@artiedalaw.com