FILED

2014 AUG 18 P 4: 23

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 1:14-cr-126 |
| v. | Hon. T.S. Ellis, III |
| DIANA P. VASQUEZ, | **UNDER SEAL** (Local Crim. R. 49(J)) |
| Defendant. | |

**GOVERNMENT'S SEALED MOTION TO REDUCE SENTENCE AND SUPPORTING MEMORANDUM**

The United States, by undersigned counsel, hereby moves pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure to reduce the sentence of defendant Diana P. Vasquez based on the defendant's substantial assistance in the government's investigation and prosecution of others who have committed crimes.

I. Background

On April 25, 2014, Vasquez entered a guilty plea to conspiracy to possess and pass counterfeit U.S. currency, in violation of 18 U.S.C. §§ 371 and 472. As summarized in the statement of facts accompanying Vasquez's plea agreement, Vasquez participated in a six-defendant conspiracy to pass counterfeited $100 Federal Reserve Notes (also known as "Peruvian Notes" because the U.S. Secret Service has determined they were manufactured on printing presses in Peru).

As part of the scheme, Vasquez and her confederates would purchase merchandise at one department store using counterfeited bills and then travel to another location of the same retailer and return the merchandise to obtain cash. For example, in one two-day period alone, the

conspirators passed counterfeited currency at 26 stores in Virginia. When Vasquez and three other co-conspirators were arrested in Richmond, Virginia, the Secret Service recovered approximately $14,000 in counterfeited $100 bills, along with receipts and merchandise from the victim department stores totaling over $9,000. During Vasquez's direct involvement in the charged conspiracy, Vasquez and her co-conspirators possessed and passed approximately $166,900 in counterfeited currency at numerous department stores.

This Court sentenced the defendant to 12 months and one day of imprisonment on July 18, 2014.

## II. Defendant's Substantial Assistance

During multiple debriefing sessions with the Secret Service, Vasquez provided valuable information implicating fugitive co-defendants Roberto Figaro and Yelenka Melendez in the counterfeiting scheme. Vasquez detailed the leadership role played by Figaro in obtaining the counterfeited U.S. currency, and she also provided information about another individual who served as Figaro's source for the counterfeit money. In addition to her debriefs, Vasquez testified to these facts before the grand jury.

Vasquez also participated in a controlled telephone call to her baby's father in the Dominican Republic in an effort to help locate Figaro, who is believed to have fled to the Dominican Republic after the underlying charges were brought. Although Figaro has not yet been apprehended, Vasquez's testimony would be crucial in establishing Figaro's criminal knowledge and intent in any future trial.

## III. Recommendation

The U.S. Attorney's Office has carefully evaluated the defendant's cooperation and approved a recommendation of a 33% reduction in Vasquez's sentence pursuant to Rule 35(b) of

the Federal Rules of Criminal Procedure. This recommendation would result in a sentence reduction of four months from Vasquez's original sentence of 12 months and one day, for a total sentence of eight months of imprisonment. The United States accordingly makes that recommendation to the Court.

Respectfully submitted,

Neil H. MacBride
United States Attorney

By: ______________________
Inayat Delawala
Stephen M. Campbell
Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I certify that on August 18, 2014, I filed the foregoing document with the Clerk of Court and will email a copy to the following:

Jorge E. Artieda
Counsel for the Defendant
100 N. Washington St., Suite 222
Falls Church, VA 22046
(703) 388-6055
(703) 649-6491 (fax)
Jorge@artiedalaw.com

Inayat Delawala
Assistant United States Attorney