SEP 19 2014
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 1:14cr126** |
| | ) | |
| **DIANA P. VASQUEZ** | ) | **UNDER SEAL** |

# ORDER

The matter came before the Court on the government's sealed motion for a reduction in defendant's sentence, pursuant to Rule 35(b), Fed. R. Crim. P.

For the reasons stated from the Bench,

It is hereby **ORDERED** that the government's Rule 35(b) motion is **GRANTED**.

Accordingly, it is further **ORDERED** that defendant's custody sentence in this case is **REDUCED** to a total of seven (7) months, with all other terms and conditions of defendant's sentence to remain in full force and effect.

Unless otherwise ordered, the Clerk is **DIRECTED** to lift the seal on all pleadings previously filed under seal in this matter on March 19, 2015. In the event either party believes the seal should remain on any pleading beyond March 19, 2015, the parties may file an appropriate motion before that date setting forth the reasons justifying continuance of the seal and requesting an extension of the seal for a certain limited period of time thereafter.

The Clerk is directed to send a copy of this Order to the Probation Office, the Bureau of Prisons, the Marshal's Service and all counsel of record.

Alexandria, VA
September 19, 2014

/s/
T. S. Ellis, III
United States District Judge